JS-6

NOTE: CHANGES MADE BY THE COURT

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| SOLO BRANDS, LLC a Texas limited liability company,<br><br>    Plaintiff,<br><br>    vs.<br><br>THE PARTNERSHIPS AND UNINCORPORATED ASSOCIATIONS IDENTIFIED ON SCHEDULE "A",<br><br>    Defendant. | Case No. 2:22-cv-07407-JLS-SK<br><br>**JUDGMENT** |

On August 10, 2013, the Clerk of the Court entered default against the individuals and entities who own and operate e-commerce stores under the seller aliases identified on Schedule A (the "Seller Aliases") attached to the First Amended Complaint, and Sheng Wu (collectively, the "Defendants").

In a concurrently filed Order, the Court grants Plaintiff Solo Brands, LLC's Motion for Default Judgment against Defendants. Consequently,

IT IS HEREBY ORDERED AND ADJUDGED THAT:

1. Defendants and their agents, employees, representatives, subsidiaries, successors-in-interest, and all other persons, firms or entities acting in concert or participating with them are hereby permanently enjoined from:

   a. Manufacturing, shipping, importing, distributing, advertising, marketing, promoting, offering for sale, and/or selling in commerce in the United States the fire pits depicted below (hereinafter the "Bonstove Fire Pits") or similar variations thereof:



   b. Manufacturing, shipping, importing, distributing, advertising, marketing, promoting, offering for sale and/or selling in commerce in the United States any fire pit, stove, or related product that is substantially similar to Solo Stove's design patents registered as U.S. Patents D923,163 and D914,858S;

   c. Manufacturing, shipping, importing, distributing, advertising, marketing, promoting, offering for sale and/or selling in commerce in the United States

any fire pit, stove, or related product that creates a likelihood of confusion as to the source, affiliation, connection to or sponsorship with the Solo Stove Fire Pits, depicted below:



d. Manufacturing, shipping, importing, distributing, advertising, marketing, promoting, offering for sale and/or selling in commerce in the United States any fire pit, stove, or related product using the words "SOLO STOVE" and/or any word, design, logo depiction, or trademark likely to cause confusion with the Solo Stove trademarks registered under Registration Nos. 6,250,965; 4,750,307; and 5,511,476;

e. Assisting, aiding, or abetting any other person or entity in engaging in or performing any of the activities referred to in paragraphs 1(a)-(d) above;

f. Effecting assignments or transfers, forming new entities or associations or utilizing any other device for the purpose of circumventing or otherwise avoiding the prohibitions set forth above; and

g. Registering, forming, creating, trafficking in, owning or using e-commerce stores under new aliases or domain names for the purpose of circumventing or otherwise avoiding the prohibitions set forth above.

2. Defendants and their agents, employees, representatives, subsidiaries, successors-in-interest, and all other persons, firms or entities acting in concert or participating with them, and who have actual notice of this judgment, are hereby ordered to destroy all of the Bonstove Fire Pits, and any substantially similar, or confusingly similar variations thereof, including all packaging in their possession, custody, or control;

3. Defendants and their agents, employees, representatives, subsidiaries, successors-in-interest, and all other persons, firms or entities acting in concert or

participating with them, and who have actual notice of this judgment, are hereby ordered immediately to contact their agents, distributors, retailers, and other resellers of the Bonstove Fire Pits depicted in paragraph 1(a), and inform them that the products are not to be sold and must be returned to Defendants for destruction, or to Solo Stove upon request by Solo Stove, within ten (10) days of such request.

4. Solo Stove recovers $100,000 in damages under the Lanham Act from Defendants;

5. Solo Stove recovers post-judgment interest on this amount pursuant to 28 U.S.C. § 1961(a);

6. Solo Stoves recovers the costs of suit in an amount to be entered by the Clerk.

**IT IS SO ORDERED, ADJUDGED AND DECREED.**

Dated: January 17, 2024

HON. JOSEPHINE L. STATON
UNITED STATES DISTRICT JUDGE